# C J C

## CONSUMER JUSTICE CENTER, P.A.

*367 Commerce Court*
*Vadnais Heights, MN  55127*
*Telephone:  (651) 770-9707*
*Facsimile: (651) 704-0907*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: tommycjc@aol.com*

January 19, 2015

*Via ECF*

The Honorable Steven E. Rau
United States District Court
334 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

    **Re:**    *Lindsey, et al. v. American Accounts*
           **Court File No.: 14-cv-2015 DWF/SER**
           **Our File No.: 11041**

Dear Magistrate Judge Rau:

    Plaintiffs' submit this letter respectfully requesting that Your Honor excuse Ms. Elise Lindsey (age 12) from participating in the settlement conference scheduled for Friday, January 23, 2015. Elise has school to attend to that day.  Of course, both her mother and father (co-Plaintiffs in the case) will be in attendance at the settlement conference.

    Defendant has no objection to Elise's request to stay in school.

    Thank you for considering this request.

                                                      Very truly yours,

                                                      s/Thomas J. Lyons Jr.
                                                      Thomas J. Lyons Jr.

TJR/aw
Cc:    Sue Gustad, Esq. (*Via ECF*)